FILED

06/30/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0120

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0120

_____

MICHAEL L. MILLER,

      Petitioner and Appellant,

   v.                                      O R D E R

MONTANA STATE FUND,

      Respondent/Insurer and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Michael L. Miller, to all counsel of record, and to the Honorable David M. Sandler, Workers' Compensation Court Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 30 2021